**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 95-7761**

———————————

MAURICE CEPHAS; CHARLES A. ANDERSON,

Plaintiffs - Appellants,

and

GARLAND LAWSON; WILLIE S. PETTAWAY; NORMAN
MORRISON; DAVID A. GARDNER; PAUBLO B. PEREZ;
EDWARD NELSON DAVIS, JR.,

Plaintiffs,

versus

MICHELLE MITCHELL, Sheriff; JAMES DISMUKE; J.
STUBBLEFIELD,

Defendants - Appellees.

———————————

**No. 95-7862**

———————————

PAUBLO B. PEREZ,

Plaintiff - Appellant,

and

MAURICE CEPHAS; CHARLES A. ANDERSON; GARLAND
LAWSON; WILLIE S. PETTAWAY; NORMAN MORRISON;
DAVID A. GARDNER; EDWARD NELSON DAVIS, JR.,

Plaintiffs,

                versus


MICHELLE MITCHELL, Sheriff; JAMES DISMUKE; J.
STUBBLEFIELD,

                                    Defendants - Appellees.

_____

Appeals from the United States District Court for the Eastern
District of Virginia, at Richmond.  Richard L. Williams, Senior
District Judge. (CA-95-564)

_____

Submitted:  April 15, 1996            Decided:  April 25, 1996

_____

Before ERVIN and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit
Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Maurice Cephas, Charles A. Anderson, Paublo B. Perez, Appellants
Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellants appeals from the district court's order denying relief on their 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Cephas v. Mitchell and Perez v. Mitchell, No. CA-95-564 (E.D. Va. Oct. 19, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED